```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 05 B 19252
   MICHAEL O BEESCH
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

      Debtor
   SSN XXX-XX-6361


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/13/05 and confirmed on 09/09/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  32725.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WEST SUBURBAN BANK | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 3094.75 | .00 | 3094.75 |
| AAA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 3401.04 | .00 | 3401.04 |
| ASPIRE VISA | UNSECURED | 1129.06 | .00 | 1129.06 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6150.61 | .00 | 6150.61 |
| AURORA HEALTH CARE | UNSECURED - C | 93.41 | .00 | 93.41 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1825.34 | .00 | 1825.34 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 575.00 | .00 | 575.00 |
| CORAM HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| PENTAGROUP FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| MIDWESTERN REGIONAL MEDI | UNSECURED | 972.65 | .00 | 972.65 |
| OLIVER ADJUSTMENT | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2001.76 | .00 | 2001.76 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6065.84 | .00 | 6065.84 |
| ARMOR SYSTEMS CORP | SECURED | 1782.00 | .00 | 1782.00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 2600.84 | .00 | 2600.84 |
| INTERNAL REVENUE SERVICE | UNSECURED | 15.41 | .00 | 15.41 |

```
         Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4382.84 | 3094.75 | 22136.71 | 93.41 | 29707.71 |

```
PRINCIPAL PAID         4382.84        3094.75       22136.71         93.41       29707.71
INTEREST PAID              .00            .00           .00           .00            .00
TOTAL PAID             4382.84        3094.75       22136.71         93.41       29707.71
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC       , was allowed $   2700.00 and was paid $   1406.00  direct and $   1294.00  through the plan.

The Trustee received $   1448.68 .

Refunds to the Debtor totaled $    274.61 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE